Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-32,<br><br>　　　　　Defendants. | Case No. 2:12-cv-05169-ES-SCM |

**PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 5, 6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 & 32**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 & 32 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 151.198.116.68, 151.198.118.93, 151.198.119.239, 151.198.120.241, 151.198.29.7, 151.198.5.148, 70.111.0114, 70.111.17.41, 70.111.171.44, 70.111.172.108, 70.111.173.25, 70.111.174.121, 70.111.174.242, 70.111.175.91, 70.111.176.190, 70.111.177.164, 70.111.183.17, 70.111.19.231,

1

70.111.20.165, 70.111.22.177, 70.111.23.252, 70.111.4.198, 70.111.6.48, 71.250.34.182, 71.250.35.253, 71.250.37.99, 71.250.42.183 and 71.250.44.228 respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 27, 2013

By: Respectfully submitted,
/s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*