UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,  :   Civil Action: 12-5169 (ES)
                    :
                    :   ORDER OF DISMISSAL
       Plaintiff,   :
                    :   **Closed**
    v.              :
                    :
JOHN DOES 1-32,     :
                    :
       Defendants,  :

It appearing that the plaintiff wishes to voluntarily dismiss the complaint, filed in the above case.

It is on the day 28th of MARCH, 2013

ORDERED that the complaint, be and is hereby dismissed, without prejudice and without costs.

                              S/Esther Salas
                          ESTHER SALAS, U.S.D.J.